**Delia R. McKELLIPS, Appellant, v. PRUDENTIAL INSURANCE COMPANY.**

No. 10258.

Circuit Court of Appeals, Eighth Circuit.
Feb. 14, 1935.

Clarence C. Caldwell and Roy D. Burns, both of Sioux Falls, S. D., and Emil A. Berke, of Brookings, S. D., for appellant.

PER CURIAM.

Petition for appeal from United States District Court denied.

**Joe M. MARKS, etc., Appellant, v. G. P. HORN, Trustee, etc., et al.**

No. 10085.

Circuit Court of Appeals, Eighth Circuit.
Nov. 20, 1934.

S. J. Leon and Fred S. White, both of Omaha, Neb., for appellant.

Matthew A. Hall, Raymond G. Young, and Laurens Williams, all of Omaha, Neb., for appellees.

PER CURIAM.

Appeal dismissed, with prejudice, at costs of appellant, per stipulation of parties.

**Berley MINARD, Appellant, v. UNION PACIFIC RAILROAD CO. et al.**

No. 10025.

Circuit Court of Appeals, Eighth Circuit.
Jan. 21, 1935.

J. W. McGan and Frank L. Burbridge, both of Omaha, Neb., and Clay C. Rogers and Don E. Black, both of Kansas City, Mo., for appellant.

Norris Brown, David A. Fitch, Ralph M. West, C. A. Magaw, and T. W. Bockes, all of Omaha, Neb., T. F. Hamer, of Kearney, Neb., and G. C. Holdrege, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed, with prejudice, but without costs to either party in this court, per stipulation of parties.

**C. O. MOORE, Petitioner, v. Frank S. HUDSON, Referee in Bankruptcy for the Western District of Missouri, at Kansas City.**

No. 392 Orig.

Circuit Court of Appeals, Eighth Circuit.
April 17, 1935.

J. L. Milligan, John W. Hudson, and C. H. Kohler, all of Kansas City, Mo., for petitioner.

PER CURIAM.

Petition for leave to file petition for writ of mandamus denied.

**Martin NELSEN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY.**

No. 10257.

Circuit Court of Appeals, Eighth Circuit.
Feb. 14, 1935.

Emil A. Berke, of Brookings, S. D., and Clarence C. Caldwell and Roy D. Burns, both of Sioux Falls, S. D., for appellant.

PER CURIAM.

Petition for appeal from United States District Court denied.